IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WARFORD.

    Movant,

vs.                                                          No. CV 16-00654 KG/GBW
                                                           No. CR 14-03520

UNITED STATES OF AMERICA,

    Respondent.

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on the Notice of Dismissal of 28 U.S.C. § 2255 Motion filed by Movant, Brandon Warford (CV Doc. 6; CR Doc. 36). Movant has voluntarily dismissed his § 2255 motion to vacate, set aside, or correct sentence (CV Doc. 1; CR Doc. 30) pursuant to Fed. R. Civ. P. 41(a)(1). The dismissal of the § 2255 motion is self-executing and requires no further action by the Court. *De Leon v. Marcos,* 659 F.3d 1276, 1283 (10th Cir. 2011).

**IT IS THEREFORE ORDERED** that the Motion to Correct Sentence Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 30) is voluntarily **DISMISSED** and civil case no. CV 16-00654 KG/GBW is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE